IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 30 PM 3:49

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS                                              CR. NO. 04-20226-B

MICHAEL FLEMING,
            DEFENDANT

### ORDER ON A CONTINUANCE

THIS CAUSE CAME to be heard upon motion of Defendant with consent of the government from all of which it appears.

That this cause should be continued until _Wednesday, March 22, 2006 @ 1:30 p.m._

WHEREFORE IT IS ORDERED.

That this cause is continued until _Wednesday, March 22, 2006 @ 1:30 p.m._

That the time is excluded through _____ under the Speedy Trial Act.

_____
JUDGE

_____
**Larry E. Fitzgerald #10953**
**100 North Main Building, Suite 901**
**Memphis, TN 38103**
**901-522-8378**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-1-05

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20226 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT